```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
JOSEPH SIEGEL,                                              :
                                                            :
                              Plaintiff,                    :
                                                            :           21-CV-7693 (VSB)
              -against-                                     :
                                                            :                 ORDER
                                                            :
THE BOSTON BEER COMPANY, INC.                               :
et al.,                                                     :
                                                            :
                              Defendants.                   :
                                                            :
------------------------------------------------------------X
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/18/2021
```

VERNON S. BRODERICK, United States District Judge:

On October 14, 2021, the parties filed a joint letter requesting to extent Defendants' time to respond to the complaint filed in this action. (Doc. 8.) Their request was made on the grounds that, because this is a putative securities class action governed by the Private Securities Litigation Reform Act of 1995, it would be most efficient if Defendants' waited to respond until after motions to serve as lead plaintiff were resolved. (*Id.*) Accordingly, the parties proposed that, after lead plaintiff motions are resolved, they will file a proposed schedule which will govern Defendants' time to respond to the Complaint or to any subsequent, superseding pleadings. (*See id.*)

On October 15, 2021, I endorsed the parties' request. (Doc. 11.) However, the docket erroneously states that a Defendant's answer is due by October 22, 2021. This is an error—Defendants' time to answer is suspended as per the October 15 endorsement. As such, the Clerk of Court is respectfully directed to remove the notice of the October 22, 2021 deadline from the docket.

SO ORDERED.

Dated: October 18, 2021
      New York, New York

                                    Vernon S. Broderick
                                    United States District Judge