**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JOSEPH SIEGEL, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>THE BOSTON BEER COMPANY, INC., DAVID A. BURWICK, FRANK H. SMALLA, and C. JAMES KOCH,<br><br>Defendants. | Case No. 1:21-cv-07693 (VSB) (JW) |

**DECLARATION OF RICHARD A. MCGUIRK, ESQ.**
**IN SUPPORT OF DEFENDANTS' JOINT MOTION TO DISMISS**

1. I am admitted to the Bar of this Court and a member of the law firm of Nixon Peabody, LLP ("Nixon Peabody"), attorneys for Defendant The Boston Beer Company, Inc. ("Boston Beer"). I submit this declaration in support of all defendants' joint Motion to Dismiss.

2. The purpose of this declaration is to describe, and formally make part of the record, the documentary evidence that is referred to in the contemporaneously filed Memorandum of Law in support of all defendants' joint Motion to Dismiss ("Memorandum").

3. Appendix A to the Memorandum is a chart prepared by Nixon Peabody reflecting certain documents referenced in the Complaint, including but not limited to documents filed with the U.S. Securities and Exchange Commission ("SEC").

*Boston Beer's SEC Filings*

4. Attached hereto at **Exhibit A** is Boston Beer's Form 10-K for the quarterly period ended December 26, 2020, as filed on February 17, 2021.

5. Attached hereto at **Exhibit B** is Boston Beer's Form 10-Q for the quarterly period ended March 27, 2021, as filed on April 22, 2021.

*Investor Relations Materials*

6. Attached hereto at **Exhibit C** is Boston Beer's April 22, 2020 Earnings Press Release.

7. Attached hereto at **Exhibit D** is Boston Beer's April 22, 2021 Earnings Press Release.

8. Attached hereto at **Exhibit E** is a transcript of Boston Beer's April 22, 2021 First Quarter Earnings Call.

9. Attached hereto at **Exhibit F** is Boston Beer's July 22, 2021 Second Quarter Earnings Press Release.

10. Attached hereto at **Exhibit G** is a transcript of Boston Beer's July 22, 2021 Second Quarter Earnings Call.

11. Attached hereto at **Exhibit H** is Boston Beer's September 8, 2021 Financial Guidance Update.

12. Attached hereto at **Exhibit I** is a transcript of Boston Beer's October 21, 2021 Third Quarter Earnings Call.

13. Attached hereto at **Exhibit J** is Boston Beer's February 16, 2022 Fourth Quarter Earnings Press Release.

14. Attached hereto at **Exhibit K** is a transcript of Boston Beer's February 16, 2022 Fourth Quarter Earnings Call.

*Media*

15. Attached hereto at **Exhibit L** is a transcript of relevant excerpts of the 2021 Beverage Forum Keynote Address delivered by C. James Koch on May 12, 2021. A CD containing an electronic recording of the interview will be provided to the Court and counsel of record.

16. Attached hereto at **Exhibit M** is a transcript of relevant excerpts of the Brewbound BrewTalks Interview featuring David Burwick on May 13, 2021, *available at* https://www.brewbound.com/news/brew-talks-video-replay-seltzers-spirits-more-the-blurred-lines-of-the-beer-category.

17. Attached hereto at **Exhibit N** is a *Beer Business Daily* newsletter dated June 23, 2021.

18. Attached hereto at **Exhibit O** is a *Beer Business Daily* newsletter dated June 24, 2021.

*Analyst Reports*

19. Appendix B to the Memorandum is a chart prepared by Nixon Peabody reflecting certain analyst reports.

20. Attached hereto at **Exhibit P** is the Guggenheim Report dated April 23, 2021.

21. Attached hereto at **Exhibit Q** is the Evercore Report dated April 23, 2021.

22. Attached hereto at **Exhibit R** is the Morgan Stanley Report dated April 23, 2021.

23. Attached hereto at **Exhibit S** is the RBC Report dated April 23, 2021.

24. Attached hereto at **Exhibit T** is the Evercore Report dated May 25, 2021.

25. Attached hereto at **Exhibit U** is the Jefferies Hard Seltzer Dashboard dated June 30, 2021

26. Attached hereto at **Exhibit V** is the Guggenheim Report dated July 22, 2021.

27. Attached hereto at **Exhibit W** is the UBS Report dated July 22, 2021.

28. Attached hereto at **Exhibit X** is the Evercore Report dated July 23, 2021.

29. Attached hereto at **Exhibit Y** is the Morgan Stanley Report dated July 23, 2021.

30. Attached hereto at **Exhibit Z** is the Evercore Report dated September 9, 2021.

31. Attached hereto at **Exhibit AA** is the Guggenheim Report dated September 10, 2021.

32. Attached hereto at **Exhibit BB** is the RBC Report dated September 10, 2021.

*Trading Documents*

33. Appendix D to the Memorandum is a chart prepared by Nixon Peabody compiled from forms filed with the SEC reflecting certain trades undertaken by C. James Koch. As shown therein:

- In March 2017, Mr. Koch converted 100,000 Class B shares into Class A shares and sold 100,500 Class A shares from March 7, 2017 through April 24, 2017 pursuant to 10b5-1 plans.
- In October 2017, Mr. Koch converted 79,372 Class B shares into Class A shares and sold 45,000 Class A shares from September 13, 2018 to September 21, 2018 pursuant to a 10b5-1 plan.
- In November 2018, Mr. Koch converted 100,000 Class B shares into Class A shares and sold 22,000 Class A shares from November 30, 2018 to December 14, 2018 pursuant to a 10b5-1 plan.

- In August 2019, Mr. Koch converted 100,000 Class B shares into Class A shares and sold 85,000 Class A shares from September 9, 2019 to October 22, 2019 pursuant to a 10b5-1 plan.
- In December 2019, Mr. Koch converted 145,000 Class B shares into Class A shares and sold 133,170 Class A shares from December 16, 2019 to February 19, 2020 pursuant to a 10b5-1 plan.
- In March 2020, Mr. Koch converted 150,000 Class B shares into Class A shares and sold 100,000 Class A shares from April 15, 2020 to April 29, 2020 pursuant to a 10b5-1 plan.
- In May 2020, Mr. Koch converted 215,000 Class B shares into Class A shares and sold 200,000 Class A shares from June 8, 2020 to September 14, 2020 pursuant to a 10b5-1 plan.
- In November 2020, Mr. Koch converted 130,000 Class B shares into Class A shares and sold 100,000 Class A shares from November 30, 2020 to December 11, 2020 pursuant to a 10b5-1 plan.
- In May 2021, Mr. Koch converted 99,983 Class B shares into Class A shares and sold 100,000 Class A shares from May 12, 2021 to July 8, 2021 pursuant to 10b5-1 plans.

The Form 4s filed by Mr. Koch for each listed year are attached hereto at **Exhibit CC** (2017), **Exhibit DD** (2018), **Exhibit EE** (2019), **Exhibit FF** (2020), **Exhibit GG** (2021).

34. Attached hereto at **Exhibit HH** is the Boston Beer 2021 Proxy Statement dated April 9, 2021, pp. 45-46, indicating that Mr. Koch held 2,397,909 total shares, including 2,177,983 Class B shares as of the Record Date of March 22, 2021; no Class B shares were

converted to Class A shares between that date and the start of the Class Period on April 22, 2021. *See* Koch 2021 Form 4s (no filings between Jan. 4, 2021 and May 13, 2021), Ex. GG.

35. At the conclusion of the Class Period on September 8, 2021, following a conversion of 99,983 Class B shares to Class A shares and sale of 100,000 Class A shares, Mr. Koch held 2,078,000 Class B shares. This represents a decrease in Mr. Koch's total holdings of approximately 4%.

36. Appendix D to the Memorandum also reflects certain trades undertaken by David A. Burwick:

- On April 30, 2019, after 11,266 of his restricted stock had vested into Class A shares, Mr. Burwick sold 44.5% (5,105) of those Class A shares. *Compare* Form 4 dated March 1, 2019, n.6 to Form 4 dated April 30, 2019, n.3 (indicating reduction in restricted stock owned by 11,266).
- On April 30, 2020, after 24,349 of his restricted stock had vested into Class A shares, Mr. Burwick sold 45.2% (11,021) of those Class A shares. *Compare* Form 4 dated March 4, 2020, n.2 to Form 4 dated April 30, 2020, n.3 (indicating reduction in restricted stock owned by 24,349).
- On April 30, 2021, after 17,807 of his restricted stock would have vested into Class A shares, Mr. Burwick net withheld the vesting of 44.3% (7,898) of those Class A shares to satisfy tax obligations. *Compare* Form 4 dated March 2, 2021, n.2 to Form 4 dated April 30, 2021, n.2 (indicating reduction in restricted stock owned by 17,807).

Boston Beer-related Form 4s filed by Mr. Burwick from 2018 to the end of the Class Period are attached hereto at **Exhibit II**.

37. Mr. Burwick's March 2, 2021 Form 4, at Exhibit II, indicates that Burwick directly held 50,341 shares of Boston Beer as of that date; Exhibit II further indicates that no further sales were reported from that date until the start of the Class Period on April 22, 2021.

38. Mr. Burwick's June 10, 2021 Form 4, at Exhibit II indicates that Mr. Burwick directly held 41,743 shares of Boston Beer as of that date; Exhibit II further indicates that no further sales were reported from that date until the end of the Class Period on September 8, 2021.

39. The number of shares held by Mr. Burwick decreased by 17% during the Class Period. When the April 30, 2021 net withholding of the vesting of 7,898 shares to satisfy tax obligations is excluded from the analysis, the remaining June 9, 2021 sale of 907 Class A shares, made pursuant to a 10b5-1 plan, represents a decrease of 1.8% of Mr. Burwick's shares.

40. Attached hereto at **Exhibit JJ** is Boston Beer's Form 8-K filed November 9, 2016 reflecting Mr. Koch's 10b5-1 plan dated November 7, 2016.

41. Attached hereto at **Exhibit KK** is the applicable Trade Schedule Section of Mr. Koch's 10b5-1 plan dated March 5, 2021.

42. Attached hereto at **Exhibit LL** is the applicable Trade Schedule Section of Mr. Koch's 10b5-1 plan dated May 7, 2021.

43. I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Dated: March 16, 2022

By: ______________________
Richard A. McGuirk



4889-1035-8806.3