**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
JOSPEH SIEGEL, individually and on
behalf of all others similarly
situated,

                        Plaintiff,

        -against-                                        21 **CIVIL** 7693 (DLC)

                                                              **<u>JUDGMENT</u>**

THE BOSTON BEER COMPANY, INC., DAVID
A. BURWICK, FRANK H. SMALLA, and C.
JAMES KOCH,

                       Defendants.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated December 5, 2022, the defendants' March 16, 2022 motion to dismiss is granted; accordingly, the case is closed.

**Dated:**  New York, New York

       December 6, 2022

                                                                **RUBY J. KRAJICK**

                                                                 _____
                                                                      **Clerk of Court**

                                   **BY:**        _K. Mango_

                                                                    _____
                                                                      **Deputy Clerk**