```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------ X
                                           :
JOSPEH SIEGEL, individually and on         :
behalf of all others similarly             :
situated,                                  :
                                           :    21cv7693 (DLC)
                        Plaintiff,         :
                                           :    ORDER
                -v-                        :
                                           :
THE BOSTON BEER COMPANY, INC., DAVID       :
A. BURWICK, FRANK H. SMALLA, and C.        :
JAMES KOCH,                                :
                                           :
                        Defendants.        :
                                           :
------------------------------------------ X
```

DENISE COTE, District Judge:

In an Opinion and Order of December 5, 2022, the Court granted defendants' motion to dismiss this case and directed the Clerk of Court to enter judgment for the defendants. Under the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), courts are required to make findings as to the compliance by all parties and attorneys with Rule 11(b), Fed. R. Civ. P., at the conclusion of all private actions arising under the Securities Exchange Act of 1934. 15 U.S.C. § 78u-4(c); ATSI Commc'ns, Inc. v. Shaar Fund, Ltd., 579 F.3d 143, 152 (2d Cir. 2009). Accordingly, it is hereby

2

ORDERED that the plaintiff's submission regarding its compliance with Rule 11(b) is due **January 18, 2023**.  Any response by the defendants is due **February 1, 2023**.

Dated:    New York, New York
          December 21, 2022

                                    _____
                                           DENISE COTE
                                    United States District Judge